Southern District of Texas
FILED

*December 3, 2020*

David J. Bradley, Clerk of Court

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas
### Houston Division

| | |
|---|---|
| Gail Patrice Mallory | ) Case No. __4:20cv4174__ |
| | ) *(to be filled in by the Clerk's Office)* |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) Jury Trial: *(check one)* ☐ Yes ☑ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| | ) |
| | ) |
| Bechtel Corporation; Bechtel Group; Bechtel Engineering Company | ) |
| Mr. Paul Mallos | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.     **The Parties to This Complaint**

   A.     **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Gail Patrice Mallory |
   | Street Address | 1800 St. Joseph Parkway #111 |
   | City and County | Houston, Harris County |
   | State and Zip Code | Texas 77003 |
   | Telephone Number | 346-300-8630 |
   | E-mail Address | Gail.P.Mallory@gmail.com |

   B.     **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name | Bechtel Corporation - Mr. Paul Mallos
Job or Title *(if known)* | Manager, Labor & Employment
Street Address | 12011 Sunset Hills Road
City and County | Reston, Fairfax County
State and Zip Code | Virginia 20190
Telephone Number | (571) 392-6300
E-mail Address *(if known)* |

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Bechtel Corporation |
| Street Address | 3000 Post Oak Boulevard |
| City and County | Houston, Harris County |
| State and Zip Code | Texas 77056 |
| Telephone Number | (713) 235-2000 |

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑   Other federal law *(specify the federal law)*:

Title VII 42 U.S.C.§§ 2000e-3(a); Title VII 42 U.S.C. §§ 2000e-2(d)

☑   Relevant state law *(specify, if known)*:

TX Const. Art.21 § 21.122

☐   Relevant city or county law *(specify, if known)*:

Title VII 42 U.S.C. §§ 2000e-2(k) -1(A)(i)(ii);
Title VII 42 U.S.C. §§ 2000e-2(m);
Title VII 42 U.S.C. §§ 2000e-16;
Title VII 42 U.S.C. §§ 2000e-3(a)

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

| | |
|---|---|
| ☐ | Failure to hire me. |
| ☑ | Termination of my employment. |
| ☑ | Failure to promote me. |
| ☐ | Failure to accommodate my disability. |
| ☐ | Unequal terms and conditions of my employment. |
| ☑ | Retaliation. |
| ☑ | Other acts *(specify)*:   Harassment and hostile work environment |

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

December 2014 - June 11, 2020

C.   I believe that defendant(s) *(check one)*:

| | |
|---|---|
| ☐ | is/are still committing these acts against me. |
| ☑ | is/are not still committing these acts against me. |

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

| | | |
|---|---|---|
| ☑ | race | I was told to take courses for prom■ |
| ☐ | color | |
| ☑ | gender/sex | Supervisor did not holler at any m■ |
| ☐ | religion | |
| ☐ | national origin | |
| ☐ | age *(year of birth)* | _____ *(only when asserting a claim of age discrimination.)* |
| ☐ | disability or perceived disability *(specify disability)* | |

My manager told me a black woman I had to take courses for Project IT to be considered a Good Fit for promotion. While a white female team member told me she was told she didn't need to take the courses.

My Supervisor Cliff Lee did not raise his voice or intimidate any of the men on our team

E.   The facts of my case are as follows.  Attach additional pages if needed.

See attached documents

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

May 27, 2020

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*    10/13/2020    .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Prayer for Relief
Plaintiff prays for a judgment against Defendant as follows:
1. For compensatory damage $300,000
2. Punitive damages in the amount of $20,000 for each HR/Ethics complaint I reported about Cliff Lee. Also, $50,000 emotional pain and suffering and mental anguish. Back pay from 2018, 2019, 2020, based on the grade 25 that I would have earned, had been promoted to the role I was qualified to hold instead remaining in grade 23
Back Pay from being laid off the day after I requested an update on a case that happened in 2019. Attorney fees and court costs

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:           11/21/2020

Signature of Plaintiff        *Gail Mallory*
Printed Name of Plaintiff     Gail P. Mallory

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

1800 St. Joseph Parkway #111
Houston, Texas 77003
346-300-8630

1. December 8, 2014; Cliff Lee added unsubstantiated comments to my review. " During multiple leadership opportunities when things became chaotic, instead of evaluating and working through the issue, you relinquished the role (Token Project, Move Coordinator). When presented with chaotic and conflicting inputs, learn to deal and overcome to come up with to solutions resolve the issues at hand. In IS&T, only lower-level tasks tend to be defined and prescribed. The higher you go in any IS&T organization, the more ambiguity you find in the roles and activities. Success comes from being able to take the ambiguity that you find and make order of it so that you can present actionable items to your team so you can all enjoy success. Work with team members, such that you are completely interchangeable within in the group.

2. December 10, 2014; Reported the comments to Human Resources (HR) because during the review I asked several times why the comments were written and wasn't given a response.

3. December 15, 2015; The comments written by Cliff Lee were removed from my December 8, 2014 review.

4. January 7, 2016; email: Cliff Lee and Tommy Cooman, asked me to run a project upgrade old video conference equipment and configure and install new video conference equipment.

5. March 24, 2016; Email to Cliff Lee, Tommy Cooman and Sandeep Dwivedi requesting information that I may have missed the prior week while out for bereavement.

6. March 24, 2016; Received an email from Cliff Lee, removing me from the project. Stating that while I was out he had moved the project forward. Cliff Lee had only configured 1 video conference unit. The original project had 15+ units to install.

7. March 24, 2016; I responded to the email adding Magaly Cruz Human Resources outlining the events of the week from March 21st until March 24th. During these days I had asked Cliff several times what had been going on with the project and he wouldn't tell me anything, therefore I sent the email to the group to inquire about what I had missed.

8. March 29, 2016; Met in person with Human Resources(HR) with Cliff Lee. During the meeting Cliff Lee reminded me in front of HR that had it not been for him I wouldn't have been hired. Magaly Cruz did not interrupt his comments or document the negative comments Cliff made during the meeting. I responded to the document with my corrections. Additionally, Cliff Lee stated "Do you want to be on the Project?" I said to him "you removed me I didn't ask to be removed, I only asked for information." At this point I realized that HR was taking sides with Cliff Lee and I had no protection against his retaliatory behavior.

1

1800 St. Joseph Parkway #111
Houston, Texas 77003
346-300-8630

9. June 14, 2016; Cliff Lee called me on my mobile phone asking me "Where are you?" He asked me if I knew I had a system down ticket in my queue. I told him it wasn't a system down ticket and that I was at Bechtel but I was leaving for the day. Cliff Lee then sent an email to my entire team "Since Gail has completed her workday, Can someone take care of this this afternoon? (I've spoken with Gail). I told him on the phone It was closed. There were several men on my team who had open tickets that they had not completed that day and Cliff Lee did not point out this issue in a public email to the team

10. June 14, 2016; I received an email from Tommy Cooman who was my frontline supervisor who responded to my claim that Cliff Lee would not stop bullying me and creating toxic and stressful work environment. Tommy Cooman stated he also reported Cliff Lee to our Functional Manager Sandeep Dwivedi and IT Manager Patrick Noon, as well as Magaly Cruz and Moni Taranath in HR about how gruff and disrespectful Cliff Lee had been.

11. June 16, 2016; I reported this issue to HR I sent the screenshots of the tickets that were open indicating the men on my team that had been open since December 2015. HR Magaly Cruz asked me to send more information to indicate why I felt like I was being singled out. Again nothing was done to correct the issue.

12. July 14, 2016; I started applying for new roles because in December I would be graduating from Prairie View A&M University with my M.B.A. I applied for a Virtual Project delivery Project Lead in London.

13. July 14, 2016; Response from applying for Virtual Project Delivery – Not Selected

14. August 9, 2016; I was asked my Tommy Cooman to provide training to the administrative assistants on how to schedule video conference room using Microsoft Outlook. As I was preparing for the meeting I discovered that the video conference equipment had been removed from the dropdown menu in the Microsoft calendar. I walked to Cliff Lee's office to ask him if he knew the equipment had been removed and he said yes. I asked him would he put it back so that I could conduct my training. He said no, and told me to come into his office and sit down. I declined and said I would go get Tommy Cooman and return, as I walked out of his office, Cliff Lee threw a book across the room and it hit the floor. 3 of my colleagues (Deirdre Hammond, Jorge Torres and Gordon Edwards) stood up from their desk. I continued down the hallway and returned to my training class. 20 minutes into the training Cliff Lee walked in and the equipment had been restored. I conducted the training.

2

1800 St. Joseph Parkway #111
Houston, Texas 77003
346-300-8630

15. August 9, 2016; Donna Scott sent an email to Cliff Lee, Lisa Jones and Ryan Jordan, after the training complaining that she was disappointed in the training. Cliff Lee and Donna Scott are very close friends at Bechtel.

16. August 9, 2016; Cliff Lee sends an email Tommy Cooman, asking him for feedback on the training.

17. August 9, 2016; Tommy Cooman sends an email to Jesse Montoya and Cody Miles asking them their opinion of the training and also states "I know we had our usual complainers".

18. August 9, 2016, Jesse Montoya replied that what Donna complained about was not true and that my instructions were clear, and that the instructions became unclear because Donna Scott kept interrupting me stating the rooms should not be there.

19. August 13, 2016; I applied for Technical Writer, IS&T

20. August, 2016; I reported the incident of Cliff Lee throwing the item across the room to Ethics/HR Magaly Cruz contacted me; due to my past experience with her I was reluctant to speak to her. HR turned my case over to Roxane Baldwin.

21. August 17, 2016, Technical Writer, IS&T requisition was closed

22. August 18, 2016, in person meeting with Roxane Baldwin. I reported the August 9th incident to her. Roxane asked me did I see him pick up the book, I said no but I heard it hit the wall and fall on the floor after I would not sit down in his office. Roxane told me that if I didn't see it, it did not happen. I asked her was it Bechtel Policy for a person in leadership to throw books across the room when they are upset. Roxane stated it wasn't against the policy. She gave an analogy of a person standing on the side of the road, as long as you stand behind or on the yellow line you'll be safe. It's only dangerous when you step across the yellow line into traffic. I reminded her that I had reported Cliff before for writing unsubstantiated comments in my review and his constant verbal and emotional harassment. Roxane asked me what I would like to happen I said, Cliff does not need to manage people. Roxane said well that's not going to happen. Cliff Lee was removed from my chain of command. I reported now to Tommy Cooman and Sandeep Dwivedi.

23. October, 2016; Tommy Cooman was not putting tickets in my queue, they were being given to Charlie Nguyen and Waqas Khurshid. I was told the reason was because I was supporting video conference

3

*Gail Mallory*

1800 St. Joseph Parkway #111
Houston, Texas 77003
346-300-8630

meetings in the morning. I reminded Tommy that when I first started I supported the entire 3040 building which consisted of 5 floors and I was executive support and I received tickets.

24. November 16, 2016; Sandeep Dwivedi wrote in my review that I had minor gaps in terms of treating people with respect and minor gaps being curious, seek, share and build experiences.

25. November 16, 2016; I sent an email to Tommy Cooman stating I don't recall us talking about these 2 items, I asked Tommy what are my minor gaps.

26. November 16, 2016; Tommy Cooman replied "That's why I wanted you to send it back last week, I was going to upgrade the ratings..."

27. November 21, 2016; Tommy Cooman updated my review and removed those comments

28. January 30, 2017; Wrote an email to Tommy Cooman, Tosh Schurz and Cliff Lee, expressing an interest to learn how to become a backup for video conferencing in the US.

29. January 31, 2017; Tommy requested that I teach Charlie Nguyen and Perry Charles how to use video conferencing equipment.

30. April 12, 2017; I emailed Tosh Schurz and Tommy Cooman asking for Tosh to provide training on the tools to support Video Conferencing.

31. April 19, 2017; I emailed Tosh Schurz and Tommy Cooman asking for Tosh to please respond on his availability to train me on video conferencing, which would allow me to update my PMP Goals.

32. April 20, 2017; Cliff Lee sent an email to me, Michael Mccaffrey, Charli Alexanader, Jamie Hill, Sandeep Dwivedi, Tommy Cooman, Jorge Torres requesting that I help Dave Messersmith at 11am to help him put certificates on his mobile phone.

33. April 20, 2017; I responded to Cliff Lee and everyone on the email that "I have a scheduled upgrade at that time, and someone else on the team may need to assist Dave"

34. April 20, 2017; Cliff Lee replied to all, "Please show me your schedule"

35. April 20, 2017; I went to my 11am appointment explained to the person I would be late and went to Dave Messersmith to fix his phone. I replied to everyone on the email that the request has been completed.

36. April 21, 2017; I reported this incident to the Ethics hotline and also included the previous issues I have had with Cliff Lee, requesting that they help me to stop his behavior towards me.

4

1800 St. Joseph Parkway #111
Houston, Texas 77003
346-300-8630

37. April 21, 2017; Example email of Cliff Lee requesting that Jessie Montoya go assist someone when he gets into the office.  He is not rude or demanding towards the men on our team.

38. May 17, 2017; Applied for position Change & Communications specialist

39. May 23, 2017; I am in the Houston Innovation Center preparing to start a meeting, Cliff Lee walks in and stands behind me.  Then Cliffs sits down right next to me.  This room is conference room size seating more than 50 people.  I stood up and took my purse and computer outside.  As I was walking out, Cliff Lee said " Am I bothering you, I'm not trying to encroach on your space". I said, I didn't say anything to you I'm getting my belongings and sitting in the hallway".  Cliff Lee said, "So you're just going to act like that?"  I said, "please leave me alone and I walked out and sat in the hallway.  At this point, Cliff had been instructed to not interact with me, however he continued this harassing behavior in emails and in person.

40. May 23, 2017; I opened a complaint with the Ethics helpdesk to report the incident and I also revisited complaints from previous issues with Cliff Lee

41. May 24, 2017; The Ethics group forwarded my request to Katie Scullion

42. June 6, 2017; Katie Scullion referred the issue to Roxane Baldwin, from my previous interactions with Roxane I wasn't particularly interested in speaking to her.  The issue was then referred to Jesse Jones.  I declined talking to him because I clearly wrote in my complaint what the issues were, the fact that they keep asking me to explain why I believe Cliff is targeting me lead me to believe nothing would done once again.

43. July 15, 2017; Cliff Lee gave a Clickshare device to female coworker Stacy Page that needed to be installed and configured, which was part of the project I was responsible for leading.  Stacy Page gave the Clickshare to male coworker Ramiro.  Ramiro then went to the conference room, Ramiro didn't know how to install and called me to come and install the ClickShare.  I asked my supervisor Tommy Cooman, if he wanted me to hand the project back to Cliff Lee because he is continuing his retaliation tactics.  Tommy Cooman, told me to make a note of it.

44. August 1, 2017; I wrote an email to Sandeep Dwivedi and HR Katie Scullion requesting to be allowed to learn more about video conferencing and becoming a backup person after the interest I had taken while configuring the equipment.  Sandeep scheduled a meeting with HR on the phone indicating that I was engaged enough at my current level and that when HR offered me roles that were lateral I declined them.

5

1800 St. Joseph Parkway #111
Houston, Texas 77003
346-300-8630

The roles that they offered me were helpdesk roles which at this point with a M.B.A. I was no longer interested in being on the helpdesk. I wanted to be involved in project management.

45. August 7, 2017; I replied to Sandeep and Katie Scullion, restating what I learned from our conversation and reiterating that I am working to take my career to the next level and requesting his support.

46. August 8, 2017; I applied for position Graphics & Digital Communications Specialist

47. August 10, 2017; Sandeep Dwivedi explained that Tosh and Damion are apart of another group and he can't comment on their availability to work with me. He suggested that I visit local projects and that he would ensure this opportunity to me.

48. August 16, 2017; Response from applying for Change & Communications Specialist – Not Selected

49. August 22, 2017; Cliff Lee sent an email to me, Sandeep Dwivedi and Tommy Cooman stating that "Deirdre Hammond pointed this out to him and thought I might be interested in applying for a Project IT Team Lead Grade 26." This role however was on a nuclear power plant site in Waynesboro Georgia. I researched the area, and read newspaper clippings about people dying of cancer due to the toxic nature of the plant in proximity to the community where I would have to live. I decided not to apply for this role.

50. September, 2017; I applied for a Graphics & Digital Communications Specialist, because my undergraduate degrees are in Computer Technology and Multimedia Development from Purdue School of Engineering and Technology.

51. September 14, 2017; I had an interview with three people from the Innovation team and was given a project to complete to see if I had the technical skills.

52. September 20, 2017; Graphics & Digital Communications Specialist position was closed and they were no longer considering me for the role

53. September 21, 2017; Applied for Project IT Team Lead

54. October 18, 2017; Tommy Cooman wrote me a reference letter indicating that I supported assigned initiatives, executive support, producing documentation and executing technical upgrades.

55. October 26, 2017; I sent an email to Tommy Cooman asking him to assist me with my development plan. My questions were as follows:

    a. Questions:

    b. What courses or responsibilities do I need to assist with improving my review to Above Average?

6

1800 St. Joseph Parkway #111
Houston, Texas 77003
346-300-8630

    c.   What roles within IT do you as my supervisor think I qualify for based on my current contribution to this team?

    d.   What is the pay range of my current role? Am I currently at the bottom of the range, middle or at the top?

    e.   How will Bechtel certifications improve my chances of becoming promoted?

    f.   What gaps do you see as my supervisor to increase my chances of improving my overall review

    g.   Of those gaps how can you help me improve those gaps?

56. October 26, 2017; Tommy Cooman replied as follows:

I do not know your pay range, I do not see that information. I would contact Corporate HR(Katie). in Reston . I would explore the Bechtel catalog of certifications offered. Depends on what career path you would like to take. You would make a good fit in Project IT, with your technical and planning skills. Lee Bailey is the best source on getting you there. Are you willing to travel and work at a jobsite? Bechtel considers jobsites "stretch assignments"- most people who are at the sites are paid considerably well. Most get pay uplifts. I already consider you above average, your technical, planning skills and work ethic are outstanding.

No gaps- I wish times were better and more could be offered.

57. December 6, 2017 No issues with review

58. January 3, 2018; Response from HR applying to Project IT Team Lead – Not Selected

59. April 6, 2018; Email written to Tommy Cooman, Cliff Lee, Sandeep Dwivedi – Per my conversation with Cliff Lee, he mentioned that my name was mentioned to support MAC iOs testing. Cliff stated today that it was on hold for now, but I do want to be involved when it resumes. Also, in my PD priorities meeting with Tommy I expressed an interest to work with Project IT Leads. He mentioned that Stacy Page assisted Keith Cowan in the past to learn more about Project IT. Tommy felt this would be a good fit for me due to my attention to detail and organizational skills and overall IT experience. As a side note, I have been working with Shawn Kirby and the Bechtel Group for the Dallas Rail Project and that is going pretty well. Although, this is only over the phone I would like more hands on experience.

7

1800 St. Joseph Parkway #111
Houston, Texas 77003
346-300-8630

60. April 6, 2018; Email response from Cliff Lee – I recall that you mentioned an interest in previous conversations. I've previously shared this with Lee Bailey so I know he is aware. I'm sure if something presents itself as a good fit, Lee will be in touch.

61. April 6, 2018; Email response to Cliff Lee, Tommy Cooman and Sandeep Dwivedi – Cliff, Thanks for the response. Would you please work with Tommy and I to help me take the steps to become a "good fit"? I can add those items to my priorities.

62. April 6, 2018; Cliff Lee responded with a link to Certification Matrix Project IT courses on Bechtel University

63. April 6, 2018; My response to Cliff Lee; Thanks I had started these courses but thought I needed authorization

64. April 6, 2018; I updated my PD@Bechtel priorities as follows: I will take the courses listed in the IS&T Certifications. Which will allow me to better understand the functions and roles of a Project IT Lead

65. May 9, 2018; Email to Deborah Hope – I am attempting to locate the course codes that are listed for the BCert Project IT, however the course codes are not accurate is there an updated list that I can use?

66. May 9, 2018; Email from Deborah Hope – Morning, I've gone through the list and removed one of the courses which has been retired. All course codes are correct and if the course code is not bringing up the course please type in the course name.

67. June 13, 2018; I updated my PD@Bechtel priorities as follows: I have requested an opportunity to work with Project IT but have not been provided opportunities as of yet

68. June 13, 2018; I updated my PD@Bechtel priorities as follows: Today I spoke with Stacy Page about working with her on Project IT activities; Asked about the courses that I was told needed to be completed to become a "good fit" for Project IT Leads and Stacy said you don't need them, she said she signed up and Lee Bailey denied them and was told they were not on her level. Tommy, please can we determine if it is necessary for me to bother taking the courses to become a Project IT Lead. Stacy and I discussed BECIms and how to setup Bext Accounts. I did not receive a response from Tommy.

69. June 14, 2018; Emailed Lawrence Keefer and Donna Pearsall – I was considering taking a Leave Of Absence because of the interactions I had with Cliff Lee and the overwhelming fact that I was experiencing racism. I was working with a therapist to help me find options to deal with the stress.

8

1800 St. Joseph Parkway #111
Houston, Texas 77003
346-300-8630

70. June 25, 2018; Email with Donna Pearsall – I requested to have an advocate (my therapist) be present during any future interactions I had with HR. Donna Pearsall states me having an advocate breaches the confidentiality process that is only shared on a need-to-know basis.

71. July 2, 2018; I filed a complaint with EEOC to report that I as a black woman had been told I had to take courses to be considered for a new role, when a white woman Stacy Page was told she didn't need to take the courses.

72. September 10, 2018; Email written to Sandeep Dwivedi and Tommy Cooman – Good Afternoon Sandeep, I am interested in becoming B-Cert Qualified for Project IT Manager/Lead. Based on the Roles and Responsibilities I need to be recommended by my IS&T Manager. Previously, I was told by Cliff Lee that I needed to be a "Good Fit", which he said in an email. In order to be a "Good Fit" I should take the courses listed under the B-Cert courses in our Bechtel University catalog. Please indicate is this the correct process, if not please direct me to a link or materials that I can read to accomplish this task.

73. September 13, 2018; Email from Sandeep Dwivedi – Hi Gail, Deborah Hope (on copy) manages the B-Cert program for IS&T and I have discussed your request with her. Please reach out to Debs – she will give you through the steps to identify the right B-Cert program for the Project IT discipline. Hi Debs, Will appreciate if you can help Gail get started.

74. September 14, 2018; Email from Deborah Hope – Morning Gail, have you reviewed the materials for Project IT BCert at the link below. The Project IT Senior BCert would be the right level as the next level up requires supervisory experience/competencies. You would need to complete all the BU courses outlined and have one of the required external certifications. Once all this is completed I would then schedule the 7 x subject matter interviews. Please let me know if you have any other questions and if you wish to proceed with your BCert you can submit your application via the BCert site. Project IT Senior can be found here – https://portal.becpsn.com/functions/ist/employee/bcert/default.aspx

75. November 28, 2018; Applied for Expediting Specialist

76. December 11, 2018; Email to Aaron How – Good Morning, Tommy said that there is a form that I need to complete to get Paf'd. Do I need this form?

77. December 11, 2018; Email from Aaron How, David Newell, Lee Bailey, Tommy Cooman – Gail, We will need your updated Bechtel resume to start the PAF process. As discussed before, you will need to travel to

1800 St. Joseph Parkway #111
Houston, Texas 77003
346-300-8630

New Iberia, LA, Brewer, ME, Tampico Mexico, and/or Monaca, PA (jobsite) and stay put for usually a full week (2-3 weeks for Tampico site support coverage, 1 month or jobsite). On top of that, your networking skills may be required.

78. December 11, 2018; Email response to Aaron How – I am ok with the above and attached my resume

79. December 11, 2018; Email from Aaron How – Thanks I will check with David Newell from here.

80. December 14, 2018; Email to Aaron How from Gail Mallory regarding PAF – Good Morning Aaron, Any word on this?

81. December 14, 2018; Email from Aaron How – Good Morning Gail, Newell told me starting next year, jobsite would be self-sufficient (as well as staffing up) and be able to support the module yards. Therefore, this PAF may not move forward with the client.

82. December 18, 2018; Email Note to myself – On yesterday I read a letter from Brendan Bechtel that discussed how being treated fairly was such an important factor surrounding the success of their company. Today around 2:15pm Cliff Lee walked past my desk and went to Charlie Nguyen and asked him was he coming to the meeting, and that he (Cliff Lee) was going down to start the meeting. Once he walked by I asked Charlie what meeting and who was it sent to. Charlie grimaced and shook his head. I walked over and he showed me a meeting from Matt Ovenden for setting up a webcast in 5w713. I decided to go down to see what the meeting was about, when I arrived in the room, there was Cliff Lee, Tommy Cooman and Matt Ovenden. Cliff turned in shock to see me and then he handed me a spreadsheet containing steps to setup a video conference. Tommy Cooman did not say anything to me and Matt Ovenden said Oh Hi. The instructions on the spreadsheet were taken from a document that I created in 2015; I was never acknowledged or received credit for creating the document.

83. January 17, 2019; Cliff Lee emails all of the Houston Groups – In the current EPC business environment, difficult decisions are made every day. With sadness, I must inform you of a reduction in force affects us all, Tommy Cooman. Tommy has been a solid presence and leading light of the IT department for decades, most recently supporting all of us in his role as GDO Team Lead. Today was Tommy's last day at Bechtel. His role will not be replaced. I will absorb his tasks, supported by the Houston GDO team. We will work hard to fill the gap he leaves.

10

1800 St. Joseph Parkway #111
Houston, Texas 77003
346-300-8630

84. March 21, 2019; For the last two years Cliff Lee was not in my direct chain of command I reported only to Tommy Cooman

85. March 21, 2019; Email from Cliff Lee – Gail, I'm putting the finishing touches on your performance review. What is your schedule today to complete it.

86. March 21, 2019; In person review – I questioned the comments he added in my review. Cliff Lee said it wasn't about GDO, I asked then why would you write this in my review – he said it's something for you to consider, again I asked, "What am I considering?" "Why are you accusing me of doing something and not telling me exactly when this happenend?" Cliff Lee did not provide a response to my questions nor did he provide a plan to correct this unsubstantiated comment he wrote in my review. I did not sign the review.

87. March 21, 2019; Cliff Lee added the following comments in my review – Opportunity to Consider: Consider looking at ways to improve communication and interactions with the rest of the GDO team. This will positively impact Gail's professional growth within Bechtel. Other comments: Gail should use Bechtel Opportunities to look for interesting opportunities. She should apply to any position for which she is qualified and is of interest. As short-term assignments/one off opportunities present themselves (Such as the Dallas Rail project work she's doing) I will continue to advance her name. Gail was advised of an opportunity with the Bechtel Vogtle project, but was unable to accept the assignment.

88. March 21, 2019; Email to Nina Martin Ethics – Hi Nina,

I would like to schedule a meeting about comments written by Cliff Lee in my review. That were never brought to my attention and when I asked what I did; no explanation was provided. Also, Cliff Lee asked me if I have a masters degree why would I apply for a job that doesn't require it. I said when I applied for this job I didn't have it. And I asked how do I gain experience in the field if they keep choosing the same people to go to the field. He said that the Project purposefully selects the same people. Although, Sandeep Dwivedi said all we had to do was express interest. He said that I threatened Bechtel by saying that I was as prepared to hold someone accountable for the work environment that I'm in. And I told him that I have a right to work in an environment that is free of hostility and harassment, bullying, and exclusion. Also, I'd like to discuss events that have occurred in my work environment.

89. March 28, 2019; Email to Nina Martin Ethics – My Complaint - Nina, I have not sent this yet but this is my complaint. I will not be back to work until Monday. I originally wrote this for Cliff but did not send it.

11

1800 St. Joseph Parkway #111
Houston, Texas 77003
346-300-8630

Good Morning Cliff,

I have a few questions about my review on March 21st. Until that day no one had pulled me aside about any communications or interactions issues.

1. Would you please send the list of 10+ items that you had handwritten on your white board. Also, as I recalled that all except for VDI I had mastered. If not, please correct me. 2. Also, could you explain the process for being selected by Lee Bailey, Kelly Guthrie, Keith Cowan to work on a project, I believe you said that they come to you and tell you who they want and when you offer my name they decline with no reason. I believe you said I need to have good relationships? 3. In my review you wrote: That I should consider looking at ways to improve communication and interaction with the rest of the GDO team. This is vague please indicate who you are talking about and what part of communication do I need to improve and what interaction has occurred? When I asked you what I did you said I did nothing so in order to improve I had to do something correct? You repeatedly said it's for me to consider....but no real explanation was provided. Also, please provide examples of what this means because I am not certain how this applies to me directly. 5. On my 2nd review you wrote similar remarks and when I asked you when did I do what was written , you said that's not what you meant. You later removed the remarks. In the last 6 months, I have had someone in GDO remove my name tag from my desk and put it in the window seal and no one admitted. You said that was strange. My coworkers planned 2 events and excluded me and you; and you knew about it and agreed that it happened. My coworker who had not spoken to me all day before they left to go to lunch with Tommy, returned from lunch and said to me Tommy Cooman said Hi in front of everyone they laughed and thought it was funny. When I mocked her she said, "You always make everything so MF difficult"

Last week Angela Henderson emailed me to ask if I would create a scrapbook for Tommy Cooman, because I'm creative; however she didn't want me to go to lunch with the team with Tommy. My coworkers have called me at home and I've helped them, they ask me questions at work I help them, when people have died in their families I've prayed for them, went to funerals. Every gift they gave Tommy I helped pay. Angela provided us with training course on ServiceNow I attended and helped her through her presentation. I offered to help with Win10 upgrades as well. All of this has been in the last year so forgive me if I'm confused to why I'm being told my communication and interaction needs improvement. My

12

1800 St. Joseph Parkway #111
Houston, Texas 77003
346-300-8630

work environment is VERY hostile for some reason, I have had meetings with you and Tommy and the behavior will stop for a week and then it's back to the same clique culture. Please help me to understand why I am being held responsible for the bad behavior of other people. I chose to be quiet and work and I'm still being mistreated. My reputation has and is being ruined because I am reporting issues in my department. I decided to suffer through the passive aggressive behavior but I find no remedy in remaining silent.

90. April 19, 2019; Note to self about conversation I had with Cliff Lee - Wednesday afternoon I asked Cliff Lee again about the comments that he had written in my review and could he provide details or examples that would allow me to understand exactly what I had done to warrant such comments. He said again that there was nothing in particular, he then went on two rants about his grandfather who worked for an oil & gas company in Texas and how he was in a magazine with a contraption he had used; he told this story to somehow connect it to how people view others and their perceptions. Cliff self-corrected and return to the topic and began asking me what do I think we should do to bring the team closer together. I told him I don't know; He said well I noticed you go over and talk to the team. I said I always talk to the team. I asked him is that the issue you are referring to? Does the team say I don't talk to them? Cliff said, no. I said well how can I correct something if you are not clearly defining what I have done? I asked again about the comments in my review and I told him that I do not believe it's an accurate account to say I don't talk to people. I asked again, Cliff started to provide an incident when he was not my manager in a meeting we had. I was sitting at my desk looking out the window as the meeting was going on. Cliff said that I was not paying attention to him; I said Cliff everyone in the meeting is not always looking at you when you're speaking. He said I was peaking through boxes on the bookshelf behind me, he said he couldn't see me but he could see me on my phone. I told cliff, number one I am on call and people email me, instant message me so should I ignore my customers on 7? He said no, then he went on to ask me if I remember Cody, and how Cody would be on his phone during the meeting. I said everyone is on their phones, he said that when people do that it really pisses him off. I said to Cliff if you are so annoyed by people being on their phones then maybe you should make an announcement to not be on your personal phones during the meeting. Cliff said, isn't that a known assumption? I said no, not in 2019. The bases of the comment had nothing to do with GDO it had everything to do with Cliff Lee's inability to control my actions during a meeting

13

1800 St. Joseph Parkway #111
Houston, Texas 77003
346-300-8630

during which many people on the team were on their mobile phones. Cliff admitted that it was about him and not the team. Cliff continues to use his position (presumed power) to slander me in my records. This is the second time that Cliff has written negative comments in my review and had to remove them.

91. May 1, 2019; Email to Nina Martin - Good Afternoon Nina,

Hope all is well! After our discussion, you suggested that I ask Cliff Lee to provide some examples that would clarify his statements made in review pertaining to "communicating in interacting with the GDO Team" I did ask him, and after a 2 hour conversation about his grandfather, father and who ever else he could think to talk about. He finally admitted that the he was not talking about the team; he actually made the statement about himself. Cliff Lee said last year during a meeting, I was sitting at my desk during this meeting and I was looking out the window during the meeting and I was looking down at my phone. I asked him, "so looking out the window is an offense warranted by writing this statement in my review?" Cliff said, well do you remember Cody Miles? I said yes, Cliff Lee said well during our meetings on the 5th floor he (Cody) would be on his mobile phone and that pissed him off. NOTE: Cody Miles has been gone over a year now. I said, "did you tell Cody? Cliff Lee said no. I said, so you wrote this in my review because you think I was on my phone? Cliff Lee said, well yes. Do you see executives on their phones during Alasdairs (President of OGC) meetings? I said Cliff it's 2019, people have mobile phones and devices and yes I do see people looking at their phones. I said have you ever in the last year said to all members of our team that you would prefer us to not look at our phones during the team meeting? Cliff Lee said no, Isn't it obvious that you shouldn't be on your phone? I said not necessarily, especially if you are responsible for responding to people who contact you on a Bechtel device, but you are now trying to hold me accountable for something that everyone on the team has done or is doing? Cliff Lee, said well I'm not trying to go over this again. Me (?) what !!

Basically, again Cliff Lee is using his position to write defamatory statements about me in my review for other managers to see also it increases my chances to have my standing lowered so when it is time to lay people off he can use his comments to make it appear I'm not working up to his ideals. It is my opinion that because he is a Supervisor, no one will challenge his authority and he has the ability to create a narrative about me that is not true. I don't understand why he is doing this to me, but clearly he is not an honest person. Cliff Lee has done this in the past and I have the emails to prove it. I am working in an

14

1800 St. Joseph Parkway #111
Houston, Texas 77003
346-300-8630

environment that is unhealthy, unethical and can have the potential to create serious problems for Bechtel because they allow Cliff Lee to be a manager over people. He was demoted before because of it and has been reported several times based on my team members knowledge. I believe that your advice helped to clarify what I had already known to be true. Cliff Lee takes his personal feelings about people whom he has no physical control over and attempts to use manipulation and retaliatory actions to create more stress and tension. Cliff has been given classes and training and continues with the same behavior. Please if you can't help me I would appreciate it otherwise I may need to seek outside counsel. I have so much to offer; I'm a dependable person but unfortunately this is causing my moral to sink to an all-time low... I am helpless against this no support I'm at the mercy of this supervisor.

92. May 6, 2019; Notes from a team meeting – On Monday In an effort to support the reduction in 10% of cost for OG&C corporate based on what was communicated to me by Cliff Lee; I decided to turn in my mobile phone to help save money. When I turned in my cell phone to Cliff Lee he asked me if I wanted him to submit the ticket for the return I said that was fine. Cliff Lee then asked me did I inform the people that I support that I no longer will have my phone and I said No, but I will. I went to 7th floor to tell Debra Harris to send an email to the team that I would no longer have my phone, Debra asked me why and I said well our group is trying to reduce cost and it was also possible since I was last hired that I would be the person selected to be laid off. I then went over to Esther Granier and she and Charlie were standing there. I provided them the same explanation and Charlie said this was not true and that he would contact George Tahtouh. After an hour or so Charlie told me to contact George for an explanation.
I went to George before I left the building and George told me that Cliff Lee got the information wrong and that my job was not in jeopardy; in fact business is picking up and that we were at the bottom of the list to lay off people. He said that he told Cliff Lee to return my phone and instructed me to go and pickup my cell phone from cliff and I said okay. I did not go pick up my mobile phone until Tuesday.

93. Tuesday May 7, 2019 7am When I arrived Cliff was not here and my phone had not been placed on my desk. I left my area to help someone, when I arrived back to my desk Cliff Lee was in his office with Scott Webb. After Scott Webb left, I walked to Cliff lee office and said Good Morning, George said that I should retrieve my phone. Cliff went beneath some papers on his desk and grabbed my phone and handed it to me. I said thank you and turned to walk out. Cliff Lee said, can I ask you a question? I said yes, He

15

1800 St. Joseph Parkway #111
Houston, Texas 77003
346-300-8630

said, why did you take what I said to mean that you were being laid off? I begin to explain and he cut me off before I could complete my sentence. At that point, his face started to turn red and he was getting louder in his voice. I said please lower your voice and watch the tone, Cliff Lee said I don't understand why you are the only person who took what I said to mean they were going to be layoffs. Again I said Cliff just because your message was not received by me the way you intended doesn't mean that I am wrong for receiving it the way that I interpreted. I also said that during the meeting Angela asked if the cut involved layoffs and you said that is possible. Then he repeated again that he didn't understand how I misunderstood his statements. I said I'm leaving his office, I received my phone and that it was over. Cliff said, it's never going to be over! I said yes it's over I turned around and he said where you want to talk about it and I said no where, he then grabbed the visitor chair next to me and turned it around indicating that I should sit there and I said I'm not talking to you right now. I proceeded to walk to my desk. Cliff lee followed me out of the office and stood maybe 5 ft away and was yelling "I'm tired of this, it's always something with you" I said, I'm tired as well. He repeated Then let's talk about it I said no and that he should stop being aggressive, Cliff you are being aggressive. I said this is why we don't get along this and all the other things you have done to me. He said, "I haven't done anything to you" I said, yes Cliff you have, I have it in documents emails, Cliff Lee said, I don't care what you have, I said that is the problem you don't care what you do or say to me. I then told him to stop talking to me and to leave me alone and I repeated this over and over until he went into his office.

Once he went in his office I picked up my laptop and I went to the 7th floor and talked to Debra Harris and Cynthia Lewis, Debra Harris encouraged me to talk to HR/Ethics which I did. I was told by HR Roxane Baldwin, that Cliff Lee had said he was afraid of me and that he feared I would sue him and that I was difficult to get along with. I was also, told by HR/ that I was sensitive and maybe I was taking his behavior to seriously. Also, that Cliff Lee in their opinion was a good person because he volunteered to give up his job to save Tommy Cooman. HR gave the illustration that the company wanted their employees to operate on the yellow line and sometimes employees go outside the white lines (meaning – sexual harassment, disrespect and the behavior that Cliff Lee exhibited). I was told that I should continue to do what I was doing and that my customers think I'm Great.

16

1800 St. Joseph Parkway #111
Houston, Texas 77003
346-300-8630

94. May 21, 2019; Email to Roxane Baldwin regarding the Cliff Lee issue – Good Evening Roxane, I had not heard from you regarding the Cliff Lee Issue, involving him hollering at me in front of my coworkers.

95. June 6, 2019; Email to Roxane Baldwin regarding the Cliff Lee issue – Good Evening Roxane, I am following up on an issue (in previous emails and in person conversation with you and Nina Martin) that occurred over a month now; I reported it to Ethics and to HR please could you let me know if I need to complete some other action? I'm assuming since nothing has been said that the issue has been closed. Thanks any help you can provide would be appreciated.

96. June 7, 2019; Email from Roxane Baldwin regarding the Cliff Lee Issue – Hi Gail, Sorry I've not gotten back to you, but as an update the issue has not been closed and is still being worked. I'm working with IS&T Sr. Mgt and their HR, I have made some recommendations – they are being considered. I'll get with you next week.

97. June 17, 2019; Email to Roxane Baldwin regarding the Cliff Lee Issue – Good Morning Roxane, Would you please be so kind to respond to me with the recommendations that you have suggested? I believe it is important that I know what you have decided to do as it will affect my career and the potential for me to work in an environment free of harassment, retaliation, stress and hostility, do you agree?

98. June 25, 2019; Email to Patrick Noon, Sandeep Dwivedi regarding the Cliff Lee issue – Good Evening, Hope all is well. I'm very sorry to be bothering you with this issue, but it has been more than a month and HR has not given me any action on the incident of Cliff Lee verbally insulting me in front of my coworkers. I was told that Roxane is working on a recommendation, but I have not received a response. Would someone please help me to understand why it has not been addressed or if anything will be done?

99. July 1, 2019; Email from Danesh Banerjee regarding the Cliff Lee issue – Hello Gail: Sandeep brought your email to my notice. By introduction, I am the HR Manager for IS&T employees globally. Since Roxanne has been involved with this particular incident, I have reached out to her for more details but she has been out of office since. I will respond to you as soon as I am able to get more details from Roxanne.

100. July 14, 2019 – Opened a case with EEOC – pertaining to Cliff Lee hollering at me at work in front of Fernando Torres, Charlie Nguyen and Waqas Khurshid. During the entire event none of these men stood up or said anything to Cliff or intervened. I do know they were all interviewed by Human resources.

101. January 15. 2020 - 2:07pm - Notes to myself about Cliff Lee

17

1800 St. Joseph Parkway #111
Houston, Texas 77003
346-300-8630

Nirav is the new Executive Assistant on the 7th Floor and he requested from me to know the date of the arrival of his HP Tablet, I directed him to contact Cliff Lee because Cliff orders the equipment. I overheard him on his office phone talking to Nirav after the call Cliff Lee walks past me knowing that I support the 7th floor and also that I was working with this customer; and goes to Waqas and asked Waqas if he knows who this person is and to give Nirav someone else's HP Tablet in the interim until Nirav HP tablet arrives.

102. January 24, 2020 – Notes to myself about Cliff Lee - First Cliff calls me a man in front of my team, I corrected him and he said it was funny.

103. January 24 2020 – Email written to Cindy Omo by Cliff Lee - I've spoke with Gail and she's available and has provided this support in the past. She's your woman!

104. April 28, 2020 – Email to Rebecca Corder – Hi Rebecca, Is there or has anyone suggested creating a schedule so that if people want to come early 5am -7am 8-10 for instance that way we can try to mitigate the rush and congregating of people? Just a thought.

105. April 29, 2020 – Email response from Rebecca Corder she copied Cliff Lee – Yes. George Tahtouh is taking that on. I have not heard of the plan however. I will follow up. Cliff any news on that plan so we are not rushed at one time?

106. April 29, 2020 – Email response from Cliff Lee to Rebecca Corder and Gail Mallory – Yes, there is discussion. No it will not make a difference. It's like a boxing plan.. All is well until you get punched in the face. It will be a free for all despite everyone's best efforts.

April 30, 2020 – Email sent to Ethics Ryan Rabalais and Renee Glausner HR – Renee,

I am sharing this message with you because of the 2 people that saw this message. I also talked to my parents about this email to let them know why I am ALWAYS anxious when I have to talk to Cliff Lee and why his choice of words, and reactions to me are aggressive and unwanted. I'm not sure how many times I have to tell HR and Ethics that Cliff is a passive aggressive emotional and verbal abuser. As a supervisor the use of this analogy is not necessary, and I would like to know if Jack Futcher and Brendann Bechtel would think it was funny or necessary. I am ashamed and embarrassed that I even have to write this email to anyone requesting that they listen to and believe me. I just want to work in an environment that is not hostile or talked to aggressively by a man.

18

1800 St. Joseph Parkway #111
Houston, Texas 77003
346-300-8630

107. May 14, 2020 – Teams instant message conversation with Renee Glausner – Hello Renee, Good Morning Gail. Good Morning, I hadn't heard from you so I was assuming the case is closed. I appreciate your patience while I gather information. I will let you know when the case is finalized. However, feel free to provide any information that is relevant and contact me at any time.

108. May 15, 2020 – phone call with Rebecca Tarantella, Sandeep Dwivedi, George Tahtouh, Brian Demartino called me to inform me that I had been laid off.

109. May 27, 2020 - Bechtel Diversity and Fair Employment - Our Code of Conduct – page 10 – Bechtel maintains a work environment that is free from unlawful discrimination, harassment, and/or retaliation. We do not tolerate harassing conduct that affects tangible job benefits; interferes with an individual's work performance; or creates an intimidating, hostile, or offensive work environment, regardless of workplace location, which may include a customer's premises or an offsite business meeting. What behavior is expected? Tell no off-color, stereotypical, or offensive jokes that may violate our policy. Never use derogatory references to any race, age, gender, religion, ethnic group, or disability. Never send e-mails or notes that are sexually suggestive or contain comments, jokes, or pictures that are offensive based on race, age, gender, religion, ethnic group or disability.

110. June 11, 2020; Email received from Callie Edwards Ethics - Gail,
We were recently advised the matters you raised that ER looked into have been concluded. Ethics & Compliance reviewed their conclusions to these matters. Thank you for initially bringing this to our attention as well.

111. June 11, 2020; Email/Voicemail received from Renee Glausner - Hi GAIL, it's Renee Glauser,, um try to call you earlier just wanted to follow up and talk with you about the closing out of your concerns and wanted to talk with you. When you are available. I would appreciate just give me a call back you can certainly call me thru team's here. Or you can call my cell number which is 571-224-1412. Thank you so much. Bye.

19

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br>**460-2020-04066** |
| --- | --- | --- |

| **TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION** | and EEOC |
| --- | --- |
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br>**MS. GAIL P MALLORY** | Home Phone<br>**(346) 300-8630** | Year of Birth |
| --- | --- | --- |

| Street Address | City, State and ZIP Code |
| --- | --- |
| **1800 ST. JOSEPH PKWY, 111, HOUSTON,TX 77003** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>**BECHTEL CORPORATION** | No. Employees, Members<br>**501+** | Phone No. |
| --- | --- | --- |

| Street Address | City, State and ZIP Code |
| --- | --- |
| **3000 POST OAK BLVD, HOUSTON, TX 77056** | |

| Name | No. Employees, Members | Phone No. |
| --- | --- | --- |

| Street Address | City, State and ZIP Code |
| --- | --- |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)*<br><br>☒ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest        Latest<br>**04-29-2020   05-15-2020**<br><br>☐ CONTINUING ACTION |
| --- | --- |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I was employed as Desk Side Support until I was supposedly laid off from my job. I was subjected to a hostile work environment under the supervision of Mr. Cliff Lee. Although I made numerous complaints about him to human resource and other management officials, nothing was done to correct the matter. The last grievance was when Mr. Lee yelled at me in front of several men. He called me 'crazy'. I was told they were still looking into it.**

**On April 29, 2020, I received a threatening email from Mr. Lee. In that email he wrote, 'it's like a boxing plan. All is well until you get punched in the face. It will be a free for all despite everyone's best efforts'. I reached out to human resources on May 14, 2020 and I was laid off via phone on May 15, 2020.**

**I believe I was discriminated against because of my race (Black), sex (female) and retaliated against, in violation of Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| --- | --- |
| I declare under penalty of perjury that the above is true and correct.<br><br><br>**Digitally signed by Gail Mallory on 10-08-2020 03:10 PM EDT** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1.   FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2.   AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3.   PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4.   ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5.   WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.